UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID MACIAS JR., | Case No. ED CV 13-00852-DMG (DFM) |
| Petitioner, | ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO KEEP COURT APPRISED OF CURRENT ADDRESS [C.D. CAL. LOCAL RULE 41-6] |
| v. | |
| A. GONZLALEZ, Warden, | |
| Respondent. | |

On August 12, 2013, this Court issued an Order Denying Respondent's Motion to Dismiss with Prejudice and Directing Respondent to File Answer to Petition ("Order"). See Dkt. #8. The August 12, 2013 Order was duly served by mail on Petitioner at his current address of record on August 13, 2013. The United States Post Office returned this mailing to the Clerk of Court undelivered, with the notations "Return to Sender" and "Unable to Forward." See Dkt. #10.

Central District Local Rule 41-6 provides:

DISMISSAL - FAILURE OF PRO SE PLAINTIFF TO KEEP COURT APPRISED OF CURRENT ADDRESS. A party appearing pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a pro se plaintiff's

address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Upon filing of his petition this Court notified Petitioner of this requirement. The Court's May 13, 2013 Order Requiring Response to Petition advised Petitioner that "if [he] fails to keep the court informed of where petitioner may be contacted, this action will be subject to dismissal for failure to prosecute," citing Local Rule 41-6. See Dkt. # 3 at 3-4.

Despite being on notice of what Local Rule 41-6 provides, Petitioner has failed to notify the Court of his current address within fifteen (15) days of the service date of the undelivered August 12, 2013 Order described above, as required by Local Rule 41-6.

IT IS THEREFORE ORDERED that Petitioner show cause within fifteen (15) days of the date of this order why his petition should not be dismissed without prejudice for failure to comply with Local Rule 41-6 and/or for failure to prosecute. Notice to the Court of a current address shall be deemed a sufficient response to this order. If Petitioner does not timely comply with this Court's order to show cause, the Court will recommend that the action be dismissed without prejudice for Petitioner's failure to prosecute.

Dated: September 6, 2013

							_____
							DOUGLAS F. McCORMICK
							United States Magistrate Judge