FILED
CLERK, U.S. DISTRICT COURT
October 1, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID MACIAS, JR., | No. ED CV 13-00852-DMG (DFM) |
| Petitioner, | |
| v. | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| A. GONZALEZ, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1       IT IS THEREFORE ORDERED that Judgment be entered denying the
2 petition and dismissing this action with prejudice.

4 DATED: September 30, 2014

                                                        _____
                                                        DOLLY M. GEE
                                                        United States District Judge