JS−6 / ENTER

```
ENTERED
CLERK, U.S. DISTRICT COURT

October 1, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY
```

```
FILED
CLERK, U.S. DISTRICT COURT

October 1, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

DAVID MACIAS, JR.,

    Petitioner,

    v.

A. GONZALEZ, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)
)

No. ED CV 13-00852-DMG (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

DATED:  September 30, 2014

_Dolly M. Gee_

DOLLY M. GEE
United States District Judge